Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GLOW MEDISPA, LLC, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>   v.<br><br>SENTINEL INSURANCE COMPANY, LIMITED,<br><br>                            Defendant. | No. 2:20-cv-00712-BJR<br><br>ORDER GRANTING UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING RULING ON CONSOLIDATION AND TRANSFER BY JPML |

**ORDER**

The Court having examined and considered Plaintiff's Unopposed Motion for Stay of Proceedings Pending Ruling on JPML Order to Show Cause in the matter styled *In re Hartford COVID-19 Business Interruption Protection Insurance Litig.*, MDL No. 2963, and finding that there is good cause,

**HEREBY ORDERS AND ADJUDGES THAT** this matter is stayed, including but not limited to (1) all scheduling deadlines pursuant to the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Western District of Washington and this Honorable Court, (2) discovery, and (3) the deadline to answer or otherwise respond to Plaintiff's Complaint, pending a ruling by the JPML concerning the transfer of this action for inclusion in

MDL No. 2963 for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. If the JPML denies consolidation, the stay will automatically terminate fourteen (14) days after the JPML's decision denying consolidation, and Defendant shall have twenty-eight (28) additional days from the termination of the stay to answer, move, or otherwise plead in response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED this 4th day of September, 2020.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION FOR STAY OF
PROCEEDINGS - 2
(2:20-cv-00712-BJR)