Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GLOW MEDISPA, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENTINEL INSURANCE COMPANY LIMITED,<br><br>Defendant. | No. 2:20-cv-00712-BJR<br><br>NOTICE OF FILING OF PLAINTIFFS' STATEMENT IN RESPONSE TO FIRST SCHEDULING ORDER |

On November 4, 2020, Plaintiff Marler filed "Plaintiffs' Statement in Response to First Scheduling Order" in *Wade K. Marler, DDS v. Aspen American Insurance Company*, Case No. 2:20-cv-00616-BJR.  Plaintiffs Marler filed the Statement in connection with the Court's upcoming November 9, 2020 Case Management Conference, and in response to the Court's First Scheduling Order entered in the above-referenced case on September 29, 2020.  A copy of the Statement is attached hereto.

Plaintiff Glow Medispa, LLC joins in the Plaintiffs' Statement in Response to First Scheduling Order, submitted herewith.

NOTICE OF FILING OF PLAINTIFFS' STATEMENT IN RESPONSE TO FIRST SCHEDULING ORDER (2:20-cv-00712-BJR) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1    DATED this 4th day of November, 2020.

                                KELLER ROHRBACK L.L.P.


                                By: *s/ Amy Williams-Derry*
                                By: *s/ Lynn L. Sarko*
                                By: *s/ Gretchen Freeman Cappio*
                                By: *s/ Ian S. Birk*
                                By: *s/ Irene M. Hecht*
                                By: *s/Maureen Falecki*
                                By: */sNathan Nanfelt*
                                    Amy Williams-Derry, WSBA #28711
                                    Lynn Lincoln Sarko, WSBA #16569
                                    Gretchen Freeman Cappio, WSBA #29576
                                    Ian S. Birk, WSBA #31431
                                    Irene M. Hecht, WSBA #11063
                                    Maureen M. Falecki, WSBA #18569
                                    Nathan L. Nanfelt, WSBA 45273
                                    1201 Third Avenue, Suite 3200
                                    Seattle, WA 98101
                                    Telephone: (206) 623-1900
                                    Fax: (206) 623-3384
                                    Email: awilliams-derry@kellerrohrback.com
                                    Email: lsarko@kellerrohrback.com
                                    Email: gcappio@kellerrohrback.com
                                    Email: ibirk@kellerrohrback.com
                                    Email: ihecht@kellerrohrback.com
                                    Email: mfalecki@kellerrohrback.com
                                    Email: nnanfelt@kellerrohrback.com

                                By: *s/ Alison Chase*
                                    Alison Chase, *pro hac vice forthcoming*
                                    801 Garden Street, Suite 301
                                    Santa Barbara, CA 93101
                                    Telephone: (805) 456-1496
                                    Fax: (805) 456-1497
                                    Email: achase@kellerrohrback.com

                                ***Attorneys for Plaintiff and the Proposed Classes***

NOTICE OF FILING OF PLAINTIFFS' STATEMENT IN
RESPONSE TO FIRST SCHEDULING ORDER
(2:20-cv-00712-BJR) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384